UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID KIPLING, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FLEX LTD., et al.,<br><br>  Defendants. | Case No. 18-CV-02706-LHK<br><br>**JUDGMENT** |

On December 10, 2020, the Court granted Defendants' motion to dismiss Lead Plaintiff National Elevator Industry Pension Fund's Amended Consolidated Class Action Complaint with prejudice. ECF No. 152. Accordingly, judgment is entered in favor of Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 10, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 18-CV-02706-LHK
JUDGMENT

1